

October 19, 2016

Jessica M Ramos
24005 WOODFIELD RD.
GAITHERSBURG MD 20882


Bankruptcy Education Certificate #: 02114-md-de-028229952
Bankruptcy Case # : 1619660

Dear Jessica M Ramos:

Congratulations! You have successfully completed your pre-discharge Bankruptcy Debtor Education course.  Your Certificate of Debtor Education is enclosed with this letter, which must be filed with the court prior to your discharge date.

I am pleased that you chose ClearPoint to provide your pre-discharge Debtor Education instruction. As a result of our time together, I hope that you feel better prepared to make the important financial decisions that will serve you well now, and in the years ahead.

If you provided us with your attorney's Express Code, a copy of the certificate will be automatically sent to their office.  I strongly recommend that you follow up with your attorney to make sure they received a copy.

After finalizing your bankruptcy, please remember that you have the full support of ClearPoint behind you as you develop new financial goals and strategies. In addition to online courses and podcasts, we have tools & calculators, interactive learning communities and newsletters to help you improve your credit, save for retirement and achieve other financial goals.  Visit us online at CredAbility.org/education.

> **In person:** If you took your course in person or on the telephone, we hope that you will use the "Money in Motion" text book as a helpful guide to financial control.

> **Online:** If you took the course online, you can sign on and review all the relevant materials of "Money in Motion" anytime with your user ID and password. Just go to http://review.credability.org.

Sincerely,

Bethany Condoll
Bankruptcy Program Manager
ClearPoint

Certificate Number: 02114-md-de-028229952

Bankruptcy Case Number: 1619660

## **CERTIFICATE OF DEBTOR EDUCATION**

I CERTIFY that on October 19, 2016, at 12:08 o'clock AM EST, Jessica M Ramos completed a course on personal financial management given by internet by ClearPoint, a provider approved pursuant to 11 U.S.C § 111 to provide an instructional course concerning personal financial management in the District of Maryland.

Date: October 19, 2016              By:    /s/Bethany Condoll

                                    Name:  Bethany Condoll

                                    Title: Area Manager