Certificate Number: 02114-md-de-028229842

Bankruptcy Case Number: 1619660

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 19, 2016, at 12:09 o'clock AM EST, Jaime A Ramossosa completed a course on personal financial management given by internet by ClearPoint, a provider approved pursuant to 11 U.S.C § 111 to provide an instructional course concerning personal financial management in the District of Maryland.

Date: October 19, 2016          By:     /s/Bethany Condoll

                                Name:   Bethany Condoll

                                Title:  Area Manager

2